# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1219. KEVIN EUGENE TANNER v. THE STATE.**

We granted Kevin Eugene Tanner's application for interlocutory review of the trial court's order denying his motion to dismiss/plea in bar. After careful review of the entire record in this case, we conclude that the application for interlocutory review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/14/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*